## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE:

                                    CASE NO.: 13-31270-KKS
                                    CHAPTER 13

MICHELLE GALE

_____Debtor_____/

## ORDER GRANTING CHAPTER 13 TRUSTEE'S
## MOTION TO DISMISS (Docket No. 47)

**THIS CAUSE,** having come before the Court upon the Chapter 13 Trustee's Motion to Dismiss (Docket No. 47), and the Court being fully advised;

**IT IS ORDERED** that:

1.      The Chapter 13 Trustee's Motion is GRANTED, and the Debtor(s)' Chapter 13 case is DISMISSED.

2.      If the Court has entered an Order Confirming Plan and Order to Debtor(s), the Trustee is directed to pay any funds on hand to creditors.

3.      If there has not been an Order Confirming Plan and Order to Debtor(s) entered by the Court, then the Court reserves jurisdiction solely to determine the fees and expenses for the Chapter 13 Trustee.   The Chapter 13 Trustee shall then have fifteen (15) days in which to file an application for said fees.   Upon the filing of said application for fees, or if no fee application is filed, then the Chapter 13 Trustee shall forthwith remit all funds on hand, less the amounts requested for fees and expenses, to the Debtor(s).   The

Trustee shall hold all funds not remitted to the Debtor(s) pending a hearing or Order to determine reasonable fees and expenses.

**DONE AND ORDERED** this 17th day of March, 2015.       .

KAREN K. SPECIE
UNITED STATES BANKRUPTCY JUDGE

LEIGH D. HART, Chapter 13 Trustee, is directed to serve a copy of this Order on interested parties and file a proof of service within three (3) days of entry of the Order.

THIS ORDER PREPARED BY:
LEIGH D. HART, ESQ.
CHAPTER 13 TRUSTEE
P. O. BOX 646
TALLAHASSEE, FL 32302